

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted In NJ

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

November 21, 2019

> Show Cause Hearing on Nov. 22, 2019 is adjourned sine die. Clerk of the Court requested to terminate the motion (doc. 16).
>
> Dated: Nov. 21, 2019
> SO ORDERED:
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Facsimile and ECF
Honorable Judge Nelson Stephen Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **Trustees of the District Council 9, et al. v. Prime Installations, Inc.**
Index No.: 19-CIV-3846 (NSR)
Return Date for Order to Show Cause for Default Judgment – November 22, 2019 @ 10:45 a.m.

Dear Honorable Judge Roman:

This office represents the plaintiffs in the above matter. This letter makes reference to the Order to Show Cause for default judgment scheduled for Friday, November 22, 2019 @ 10:45 a.m.

This matter involves the enforcement of a Trade Agreement, more specifically, the plaintiff Funds' right to audit the books and records of the defendant Employer. Defendant contacted my office this morning and informed me that the Defendant will fully cooperate with an audit.

Accordingly, the Parties, on consent, respectfully request that the case be removed from the court calendar and be discontinued, provided, however, that if settlement of the matter is not consummated within thirty (30) days, either party may apply by letter for restoration of the action to the calendar.

Kindly advise this office of the Court's decision regarding our request.

Thank you for your assistance and courtesies.

Very truly yours,

Dana L. Henke
Dana L. Henke, Esq.

ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2019

cc: Prime Installations, Inc.



## BIS
## 258 Saw Mill River Road
## Elmsford, NY 10523
### Telephone: (914) 592-5740   Fax: (914) 592-3213

## FACSIMILE TRANSMISSION

*** THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS CONFIDENTIAL AND IS INTENDED FOR THE RECIPIENT ONLY. IF THIS FACSIMILE WAS RECEIVED IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE COPY SENT IN ERROR. THANK YOU. ***

DATE:   November 21, 2019

TO:     The Chambers of Honorable Judge Román

FAX #:  (914) 390-4179

FROM:   Dana L. Henke

RE:     Trustees of the District Council 9 et al. v. Prime Installations, Inc.
        Index # 19-CIV-3846 (NSR)


TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2